IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | | |
|---|---|---|
| IN RE: | LOWRY FARMS, INC. | CASE NO.: 1:24-bk-70535 |
| | DEBTOR | CHAPTER 7 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Fed. R. Bankr. P. 9010(b), the Hashem Law Firm, PLC, attorneys at law, hereby file their notice of appearance on behalf of F&T Labor Consultants, LLC in these bankruptcy proceedings. Hashem Law Firm also requests that all notices under Fed. R. Bankr. P. 2002, and all other applicable law, be sent to the following address:

Hani W. Hashem
Hashem Law Firm, PLC
P.O. Box 739
Monticello, AR 71657

Respectfully submitted,

BY: /s/ HANI W. HASHEM
HANI W. HASHEM – 87076
The Hashem Law Firm, PLC
Post Office Box 739
Monticello, AR 71657
(870) 367-4223
Email: hwh@hashemlawfirm.com

Page 1 of 2

CERTIFICATE OF SERVICE

    I, Hani W. Hashem, attorney for F&T Labor Consultants, do hereby certify that a true and correct copy of the above and foregoing Notice of Appearance and Request for Notice has been *emailed Via ECF Electronic Delivery* to the following, and all creditors and parties of interest, on this 10th day of September, 2024:

James M. Knoepp
1612 Crestwood Drive
Columbia, SC 29205
Email: jknoepp@gmail.com

Scott D. McCoy
Southern Poverty Law Center
2 S Biscayne Blvd., Suite 3750
Miami, FL 33131
Email: scott.mccoy@splcenter.org

                                                  */s/ Hani W. Hashem*
                                                  HANI W. HASHEM