**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF ARKANSAS**
**EL DORADO DIVISION**

| | |
|---|---|
| IN RE:   LOWRY FARMS, INC. | CASE NO.:  1:24-bk-70535 |
| DEBTOR | CHAPTER 7 |

### F & T LABOR CONSULTANTS, LLC'S RESPONSE TO MOTION FOR RULE 2004 EXAMINATION OF WARREN BANK & TRUST COMPANY AND COMMERCIAL BANK, a/k/a FIRST STATE BANK

Comes now F & T Labor Consultants, LLC, by and through its attorneys, Hashem Law Firm, PLC, and for its Response, states as follows:

1.  That the Antonio-Benito, et al. Creditors, seek to subpoena records from Warren Bank & Trust Company and Commercial Bank, a/k/a First State Bank, account records regarding F & T Labor Consultants, LLC.

2.  That any such production of the private banking records of F & T Labor Consultants, LLC, should be subject to an appropriate Protective Order limiting the dissemination of said records to the Counsel for the Antonio-Benito, et al. Creditors and attorneys for the Debtor.

3.  That any production of banking records regarding F & T Labor Consultants, LLC, should also be required to be produced to Counsel for F & T Labor Consultants, LLC, Hani W. Hashem.

WHEREFORE, F & T Labor Consultants, LLC, prays that the Motion for Rule 2004 Examination of Warren Bank & Trust Company and Commercial Bank, a/k/a First State Bank, be denied; that in the alternative, a Protective Order be entered regarding the dissemination of F & T Labor Consultants, LLC private banking records; and that a copy of said records produced pursuant to Subpoena be provided to Counsel for F & T Labor Consultants, LLC; and for all other just and equitable relief to which it is entitled.

Respectfully submitted,

BY: /s/ HANI W. HASHEM
HANI W. HASHEM – 87076
The Hashem Law Firm, PLC
Post Office Box 739
Monticello, AR 71657
(870) 367-4223
Email: hwh@hashemlawfirm.com

CERTIFICATE OF SERVICE

    I, Hani W. Hashem, attorney for F&T Labor Consultants, do hereby certify that a true and correct copy of the above and foregoing Notice of Appearance and Request for Notice has been *emailed Via ECF Electronic Delivery* to the following, and all creditors and parties of interest, on this 11th day of September, 2024:

James M. Knoepp
1612 Crestwood Drive
Columbia, SC 29205
Email: jknoepp@gmail.com

Scott D. McCoy
Southern Poverty Law Center
2 S Biscayne Blvd., Suite 3750
Miami, FL 33131
Email: scott.mccoy@splcenter.org

/s/ HANI W. HASHEM
HANI W. HASHEM