United States Bankruptcy Court

Western District of Arkansas

In re:                                                                                                                        Case No. 24-70535-rdt

Lowry Farms, Inc.                                                             Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0861-1                                User: admin                                Page 1 of 2

Date Rcvd: Sep 16, 2024                       Form ID: pdf08Ac                        Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Lowry Farms, Inc., 2848 Hwy 8S, Hermitage, AR 71647 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2024                                   Signature:             /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Hani W. Hashem | on behalf of Interested Party F&T Labor Consultants LLC hwh@hashemlawfirm.com, glenda@hashemlawfirm.com;jasingleton@hashemlawfirm.com |
| James Knoepp | on behalf of Creditor Bernabe Antonio-Benito et al. jknoepp@gmail.com, jknoepp@recap.email |
| M. Randy Rice | on behalf of Trustee M. Randy Rice randyrice2@comcast.net office523c@comcast.net;mrr@trustesolutions.net;cmrr11@trustesolutions.net |
| M. Randy Rice | randyrice2@comcast.net office523c@comcast.net;mrr@trustesolutions.net;office523@comcast.net;cmrr11@trustesolutions.net |
| Robert N Rushing | on behalf of Debtor Lowry Farms Inc. rrushing@therushinglawfirm.com, krushing@therushinglawfirm.com;snoble@therushinglawfirm.com;rushingrr52175@notify.bestcase.com |
| Scott Daniel McCoy | on behalf of Creditor Bernabe Antonio-Benito et al. scott.mccoy@splcenter.org |
| U.S. Trustee (ust) | USTPRegion13.LR.ECF@usdoj.gov |

District/off: 0861-1 | User: admin | Page 2 of 2
Date Rcvd: Sep 16, 2024 | Form ID: pdf08Ac | Total Noticed: 1

Shari.Sherman@usdoj.gov;jill.p.eschbacher@usdoj.gov;mary.b.mansfield@usdoj.gov;kent.h.johnson@usdoj.gov

TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION**

| | |
|---|---|
| IN RE:     LOWRY FARMS, INC. | CASE NO.: 1:24-bk-70535 |
| DEBTOR | CHAPTER 7 |

**AGREED PROTECTIVE ORDER**

The Court, upon the joint motion and agreement of the parties, as evidenced by the signature of their Counsel hereto, issues this Protective Order, to facilitate document disclosure and production under the Rules of Bankruptcy Procedure, and the Court being well and sufficiently advised as to all matters of law and fact, finds as follows:

1. That the Antonio-Benito, et al. Creditors seek to subpoena banking account records, regarding F & T Labor Consultants, LLC, from Commercial Bank, a/k/a First State Bank, and Warren Bank & Trust Company. That the parties hereto assert and agree that the public dissemination and disclosure of the banking account records of F & T Labor Consultants, LLC could be damaging to F & T Labor Consultants, LLC.

2. Subpoenaed bank account records of F & T Labor Consultants, LLC, including information obtained therein, shall not be disclosed, used, disseminated, copied, or in any other way communicated to anyone for any purpose whatsoever, except as provided for below:

(a) Counsel of record in this action for the Antonio-Benito, et al. Creditors, including associated personnel necessary to assist counsel, such as litigation assistants, paralegals, interpreters, and litigation support, information technology, information or records management, investigative, secretarial, or clerical personnel;

(b) Any expert witness retained by such counsel, as is necessary to the formation of his expert opinions to be offered in this case or any related case;

(c) Witnesses, potential witnesses, and deponents, including their counsel;

(d) Court reporters and other persons not employed by the Court, retained to record or transcribe testimony or argument at interviews or depositions in connection with this case or any related case;

(e) The Chapter 7 trustee, the United States Trustee's office, and their counsel; and,

(f) The Court and Court personnel, including persons recording or transcribing testimony or argument at a conference, hearing, trial, or appeal in this case.

3. Nothing in this Order shall prevent the use of the subpoenaed bank account records to be filed on a public docket as part of any motion practice in this case or any related case, or to be used in open Court or at any hearing or trial in this case or any related case.

4. The provisions of this Order shall continue to be binding, following the termination of this matter.

5. This Order shall be binding on the parties and their attorneys, employees, agents, independent contractors, or other persons over which they control.

IT IS SO ORDERED.

_____
RICHARD D. TAYLOR
UNITED STATES BANKRUPTCY JUDGE
Date: September 16, 2024

APPROVED AND STIPULATED TO:

/s/ James Knoepp_____
JAMES KNOEPP
Attorney for Antonio-Benito, et al. Creditors

/s/ Scott McCoy_____
SCOTT DANIEL MCCOY
Attorney for Antonio-Benito, et al. Creditors

/s/ Hani W. Hashem_____
HANI W. HASHEM
Attorney for F & T Labor Consultants, LLC