United States Bankruptcy Court
Western District of Arkansas

In re:  Case No. 24-70535-rdt
Lowry Farms, Inc.  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0861-1      User: admin      Page 1 of 2
Date Rcvd: Sep 18, 2024      Form ID: pdf08Ac      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Lowry Farms, Inc., 2848 Hwy 8S, Hermitage, AR 71647 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 20, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Hani W. Hashem | on behalf of Interested Party F&T Labor Consultants LLC hwh@hashemlawfirm.com, glenda@hashemlawfirm.com;jasingleton@hashemlawfirm.com |
| James Knoepp | on behalf of Creditor Bernabe Antonio-Benito et al. jknoepp@gmail.com, jknoepp@recap.email |
| M. Randy Rice | on behalf of Trustee M. Randy Rice randyrice2@comcast.net office523c@comcast.net;mrr@trustesolutions.net;cmrr11@trustesolutions.net |
| M. Randy Rice | randyrice2@comcast.net office523c@comcast.net;mrr@trustesolutions.net;office523@comcast.net;cmrr11@trustesolutions.net |
| Robert N Rushing | on behalf of Debtor Lowry Farms Inc. rrushing@therushinglawfirm.com, krushing@therushinglawfirm.com;snoble@therushinglawfirm.com;rushingrr52175@notify.bestcase.com |
| Scott Daniel McCoy | on behalf of Creditor Bernabe Antonio-Benito et al. scott.mccoy@splcenter.org |
| U.S. Trustee (ust) | USTPRegion13.LR.ECF@usdoj.gov |

District/off: 0861-1 User: admin Page 2 of 2
Date Rcvd: Sep 18, 2024 Form ID: pdf08Ac Total Noticed: 1

Shari.Sherman@usdoj.gov;jill.p.eschbacher@usdoj.gov;mary.b.mansfield@usdoj.gov;kent.h.johnson@usdoj.gov

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

IN RE:     LOWRY FARMS, INC.           CASE NO. 1:24-bk-70535
                                                                       CHAPTER 7

ORDER RE: MOTION FOR RULE 2004 EXAMINATION
OF F & T LABOR CONSULTANTS, LLC

Before the Court is the Antonio-Benito, et al. Creditors' Motion for Rule 2004 Examination of F & T Labor Consultants, LLC seeking to serve a subpoena for documents on F & T Labor Consultants, LLC (ECF No. 46). The Court has reviewed the motion and has been advised by counsel for the Antonio-Benito, et al. Creditors and counsel for F & T Labor Consultants, LLC that there is no objection to the motion or issuance of the subpoena, with the exception of changing the date of production noted in the motion from September 20, 2024, to October 4, 2024. Counsel for the Debtor also stated that Debtor does not oppose the motion. The motion is therefore granted.

IT IS SO ORDERED.

                                                          _____
                                                          U.S. BANKRUPTCY JUDGE

                                          Date: September 18, 2024

APPROVED BY:

/s/ James M. Knoepp

- 1 -

James M. Knoepp, *Pro Hac Vice*
GA Bar Number 366241
SC Bar Number 102757
Email:  jknoepp@gmail.com
1612 Crestwood Drive
Columbia, SC 29205
Telephone:  (828) 379-3169

Counsel for the Antonio-Benito, et al. Creditors


/s/ Hani W. Hashem_____
Hani W. Hashem - 87076
The Hashem Law Firm, PLC
Post Office Box 739
Monticello, AR 71657
(870) 367-4223
Email:  hwh@hashemlawfirm.com

Counsel for F & T Labor Consultants, LLC



Seen and agreed to by:    /s/ Robert N. Rushing
                          Counsel for Debtor Lowry Farms, Inc.


- 2 -