**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF ARKANSAS**
**EL DORADO DIVISION**

IN RE:    LOWRY FARMS, INC.                                       CASE NO.: 1:24-bk-70535
           DEBTOR                                                                    CHAPTER 7

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

Pursuant to Fed. R. Bankr. P. 9010(b), the Hashem Law Firm, PLC, attorneys at law, hereby file their notice of appearance on behalf of Marcos Torres Casarrubias in these bankruptcy proceedings. Hashem Law Firm also requests that all notices under Fed. R. Bankr. P. 2002, and all other applicable law, be sent to the following address:

Hani W. Hashem
Hashem Law Firm, PLC
P.O. Box 739
Monticello, AR 71657

                                      Respectfully submitted,

                         BY:   /s/ HANI W. HASHEM
                                HANI W. HASHEM – 87076
                                The Hashem Law Firm, PLC
                                Post Office Box 739
                                Monticello, AR 71657
                                (870) 367-4223
                                Email: hwh@hashemlawfirm.com

CERTIFICATE OF SERVICE

      I, Hani W. Hashem, attorney for Marcos Torres Casarrubias, do hereby certify that a true and correct copy of the above and foregoing Notice of Appearance and Request for Notice has been *emailed Via ECF Electronic Delivery* to the following, and all creditors and parties of interest, on this 22nd day of October, 2024:

James M. Knoepp
1612 Crestwood Drive
Columbia, SC 29205
Email: jknoepp@gmail.com

Scott D. McCoy
Southern Poverty Law Center
2 S Biscayne Blvd., Suite 3750
Miami, FL 33131
Email: scott.mccoy@splcenter.org

                                                 /s/ Hani W. Hashem
                                                 HANI W. HASHEM