United States Bankruptcy Court
Western District of Arkansas

In re:     Case No. 24-70535-rdt
Lowry Farms, Inc.     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0861-1     User: admin     Page 1 of 2
Date Rcvd: Oct 24, 2024     Form ID: nhrg     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Lowry Farms, Inc., 2848 Hwy 8S, Hermitage, AR 71647 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Hani W. Hashem | on behalf of Interested Party Marcos Torres Casarrubias hwh@hashemlawfirm.com, glenda@hashemlawfirm.com;jasingleton@hashemlawfirm.com |
| Hani W. Hashem | on behalf of Interested Party F&T Labor Consultants LLC hwh@hashemlawfirm.com, glenda@hashemlawfirm.com;jasingleton@hashemlawfirm.com |
| James Knoepp | on behalf of Creditor Bernabe Antonio-Benito et al. jknoepp@gmail.com, jknoepp@recap.email |
| M. Randy Rice | on behalf of Trustee M. Randy Rice randyrice2@comcast.net office523c@comcast.net;mrr@trustesolutions.net;cmrr11@trustesolutions.net |
| M. Randy Rice | randyrice2@comcast.net office523c@comcast.net;mrr@trustesolutions.net;office523@comcast.net;cmrr11@trustesolutions.net |
| Robert N Rushing | on behalf of Debtor Lowry Farms Inc. rrushing@therushinglawfirm.com, krushing@therushinglawfirm.com;snoble@therushinglawfirm.com;rushingrr52175@notify.bestcase.com |
| Scott Daniel McCoy | |

| | | |
|---|---|---|
| District/off: 0861-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 24, 2024 | Form ID: nhrg | Total Noticed: 1 |

on behalf of Creditor Bernabe Antonio-Benito  et al. scott.mccoy@splcenter.org

U.S. Trustee (ust)

USTPRegion13.LR.ECF@usdoj.gov
Shari.Sherman@usdoj.gov;jill.p.eschbacher@usdoj.gov;mary.b.mansfield@usdoj.gov;kent.h.johnson@usdoj.gov

TOTAL: 8

Form nhrg

## UNITED STATES BANKRUPTCY COURT

Western District of Arkansas

In Re:     Lowry Farms, Inc.
              Debtor

Case No.: 1:24−bk−70535
Chapter:  7
Judge:  Richard D. Taylor

PLEASE TAKE NOTICE that a Hearing has been scheduled before Judge Richard D. Taylor at

U.S. Post Office and Courthouse, 101 S. Jackson Ave., 2nd Fl Courtroom, El Dorado, AR 71730

on 1/23/25 at 09:30 AM

to consider and act upon the following:

*63* − Amended Motion for 2004 Examination Filed by James Knoepp on behalf of Bernabe Antonio−Benito, et al. (Knoepp, James)

*68* − Response to (RE: related document(s)63 Amended Motion for 2004 Examination Filed by James Knoepp on behalf of Bernabe Antonio−Benito, et al. filed by Creditor Bernabe Antonio−Benito, et al.) Filed by Hani W. Hashem on behalf of Interested Party Marcos Torres Casarrubias (Hashem, Hani)

Dated: 10/24/24

                                        Linda McCormack, Clerk
                                        By:
                                        Erika Scales
                                        Deputy Clerk