United States Bankruptcy Court
Western District of Arkansas

In re: | Case No. 24-70535-rdt
Lowry Farms, Inc. | Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0861-1 | User: admin | Page 1 of 2
Date Rcvd: Nov 04, 2024 | Form ID: pdf08Ac | Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| cr | + Bernabe Antonio-Benito, et al., Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| intp | + Marcos Torres Casarrubias, 3516 Highway 160 East, Hermitage, AR 71647, UNITED STATES 71647-9068 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Hani W. Hashem | on behalf of Interested Party Marcos Torres Casarrubias hwh@hashemlawfirm.com glenda@hashemlawfirm.com;jasingleton@hashemlawfirm.com |
| Hani W. Hashem | on behalf of Interested Party F&T Labor Consultants  LLC hwh@hashemlawfirm.com, glenda@hashemlawfirm.com;jasingleton@hashemlawfirm.com |
| James Knoepp | on behalf of Creditor Bernabe Antonio-Benito  et al. jknoepp@gmail.com, jknoepp@recap.email |
| M. Randy Rice | on behalf of Trustee M. Randy Rice randyrice2@comcast.net office523c@comcast.net;mrr@trustesolutions.net;cmrr11@trustesolutions.net |
| M. Randy Rice | |

| | | |
|---|---|---|
| District/off: 0861-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 04, 2024 | Form ID: pdf08Ac | Total Noticed: 2 |

randyrice2@comcast.net office523c@comcast.net;mrr@trustesolutions.net;office523@comcast.net;cmrr11@trustesolutions.net

Robert N Rushing

on behalf of Debtor Lowry Farms Inc. rrushing@therushinglawfirm.com, krushing@therushinglawfirm.com;snoble@therushinglawfirm.com;rushingrr52175@notify.bestcase.com

Scott Daniel McCoy

on behalf of Creditor Bernabe Antonio-Benito et al. scott.mccoy@splcenter.org

U.S. Trustee (ust)

USTPRegion13.LR.ECF@usdoj.gov
Shari.Sherman@usdoj.gov;jill.p.eschbacher@usdoj.gov;mary.b.mansfield@usdoj.gov;kent.h.johnson@usdoj.gov

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

IN RE:   LOWRY FARMS, INC.   CASE NO. 1:24-bk-70535
   CHAPTER 7

ORDER RE: MOTION FOR RULE 2004 EXAMINATION
OF UNION BANK AND TRUST

Before the Court is the Antonio-Benito, et al. Creditors' Amended Motion for Rule 2004 Examination of Union Bank and Trust seeking to serve a subpoena for documents (ECF No. 63). The Court has reviewed the motion and has been advised by counsel for the Antonio-Benito, et al. Creditors that they have been in contact with Union Bank and Trust and that there is no objection to the motion or issuance of the subpoena. Counsel for the Debtor also stated that Debtor does not oppose the motion. Counsel for the account holder at Union Bank and Trust whose records are being sought, Marcos Torres Casarrubias, has withdrawn its objection to the motion based on an agreed protective order entered by the Court. The motion is therefore granted.

IT IS SO ORDERED.

_____
U.S. BANKRUPTCY JUDGE

Date: November 4, 2024

- 1 -

EOD: November 4, 2024

/s/ James M. Knoepp
James M. Knoepp, *Pro Hac Vice*
GA Bar Number 366241
SC Bar Number 102757
Email:  jknoepp@gmail.com
1612 Crestwood Drive
Columbia, SC 29205
Telephone:  (828) 379-3169

Counsel for the Antonio-Benito, et al. Creditors


s/ Hani W. Hashem
Hani W. Hashem - 87076
The Hashem Law Firm, PLC
Post Office Box 739
Monticello, AR 71657
(870) 367-4223
Email:  hwh@hashemlawfirm.com

Counsel for Marcos Torres Casarrubias

- 2 -