United States Bankruptcy Court
Western District of Arkansas

In re:  Case No. 24-70535-rdt
Lowry Farms, Inc.  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0861-1      User: admin      Page 1 of 2
Date Rcvd: Nov 04, 2024      Form ID: pdf08Ac      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Lowry Farms, Inc., 2848 Hwy 8S, Hermitage, AR 71647 |
| cr | + | Bernabe Antonio-Benito, et al., Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Hani W. Hashem | |
| | on behalf of Interested Party Marcos Torres Casarrubias hwh@hashemlawfirm.com glenda@hashemlawfirm.com;jasingleton@hashemlawfirm.com |
| Hani W. Hashem | |
| | on behalf of Interested Party F&T Labor Consultants  LLC hwh@hashemlawfirm.com, glenda@hashemlawfirm.com;jasingleton@hashemlawfirm.com |
| James Knoepp | |
| | on behalf of Creditor Bernabe Antonio-Benito  et al. jknoepp@gmail.com, jknoepp@recap.email |
| M. Randy Rice | |
| | on behalf of Trustee M. Randy Rice randyrice2@comcast.net office523c@comcast.net;mrr@trustesolutions.net;cmrr11@trustesolutions.net |
| M. Randy Rice | |

| | | |
|---|---|---|
| District/off: 0861-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 04, 2024 | Form ID: pdf08Ac | Total Noticed: 2 |

        randyrice2@comcast.net  office523c@comcast.net;mrr@trustesolutions.net;office523@comcast.net;cmrr11@trustesolutions.net

Robert N Rushing

        on behalf of Debtor Lowry Farms  Inc. rrushing@therushinglawfirm.com,
        krushing@therushinglawfirm.com;snoble@therushinglawfirm.com;rushingrr52175@notify.bestcase.com

Scott Daniel McCoy

        on behalf of Creditor Bernabe Antonio-Benito  et al. scott.mccoy@splcenter.org

U.S. Trustee (ust)

        USTPRegion13.LR.ECF@usdoj.gov
        Shari.Sherman@usdoj.gov;jill.p.eschbacher@usdoj.gov;mary.b.mansfield@usdoj.gov;kent.h.johnson@usdoj.gov

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

IN RE:     LOWRY FARMS, INC.                            CASE NO.: 1:24-bk-70535
                 DEBTOR                                                                               CHAPTER 7

**AGREED PROTECTIVE ORDER**

The Court, upon the joint motion and agreement of the parties, as evidenced by the signature of their Counsel hereto, issues this Protective Order, to facilitate document disclosure and production under the Rules of Bankruptcy Procedure, and the Court being well and sufficiently advised as to all matters of law and fact, finds as follows:

1. That the Antonio-Benito, et al. Creditors seek to subpoena banking account records, regarding Marcos Torres Casarrubias aka Dionicio Torres, from Union Bank and Trust Company. That the parties hereto assert and agree that the public dissemination and disclosure of the banking account records of Marcos Torres Casarrubias aka Dionicio Torres could be damaging to F & T Marcos Torres Casarrubias aka Dionicio Torres.

2. Subpoenaed bank account records of Marcos Torres Casarrubias aka Dionicio Torres, including information obtained therein, shall not be disclosed, used, disseminated, copied, or in any other way communicated to anyone for any purpose whatsoever, except as provided for below:

    (a) Counsel of record in this action for the Antonio-Benito, et al. Creditors, including associated personnel necessary to assist counsel, such as litigation assistants, paralegals, interpreters, and litigation support, information technology, information or records management, investigative, secretarial, or clerical personnel;

    (b) Any expert witness retained by such counsel, as is necessary to the formation of his expert opinions to be offered in this case or any related case;

    (c) Witnesses, potential witnesses, and deponents, including their counsel;

(d) Court reporters and other persons not employed by the Court, retained to record or transcribe testimony or argument at interviews or depositions in connection with this case or any related case;

(e) The Chapter 7 trustee, the United States Trustee's office, and their counsel; and,

(f) The Court and Court personnel, including persons recording or transcribing testimony or argument at a conference, hearing, trial, or appeal in this case.

3. Nothing in this Order shall prevent the use of the subpoenaed bank account records to be filed on a public docket as part of any motion practice in this case or any related case, or to be used in open Court or at any hearing or trial in this case or any related case.

4. The provisions of this Order shall continue to be binding, following the termination of this matter.

5. This Order shall be binding on the parties and their attorneys, employees, agents, independent contractors, or other persons over which they control.

IT IS SO ORDERED.

_____
RICHARD D. TAYLOR
UNITED STATES BANKRUPTCY JUDGE
Date: November 4, 2024

APPROVED AND STIPULATED TO:

/s/ James Knoepp_____
JAMES KNOEPP
Attorney for Antonio-Benito, et al. Creditors

/s/ Scott McCoy_____
SCOTT DANIEL MCCOY
Attorney for Antonio-Benito, et al. Creditors

/s/ Hani W. Hashem_____
HANI W. HASHEM
Attorney for Marcos Torres Casarrubias aka Dionicio Torres