IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

IN RE: LOWRY FARMS, INC  CASE NO.: 24-70535
       DEBTOR(S)  CHAPTER 7

## CHANGE OF ADDRESS

FROM:    F&T Consultants, LLC
251 Ashley Rd 88
Hamburg

TO:    F&T Consultants, LLC
c/o Hani W. Hashem
PO Box 739
Monticello, AR 71657

RUSHING LAW FIRM, PLLC
725 N. West Ave.
El Dorado, AR 71730
870-875-2940

By:/s/Robert N. Rushing_____
Robert N. Rushing (2010065)