United States Bankruptcy Court

Western District of Arkansas

In re:                                                                                                                       Case No. 24-70535-rdt

Lowry Farms, Inc.                                                                           Chapter 7

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0861-1                                               User: admin                                                           Page 1 of 3

Date Rcvd: Jan 21, 2025                                   Form ID: ncont341                                       Total Noticed: 66

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Lowry Farms, Inc., 2848 Hwy 8S, Hermitage, AR 71647 |
| cr | + | Bernabe Antonio-Benito, et al., Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| intp | + | Marcos Torres Casarrubias, 3516 Highway 160 East, Hermitage, AR 71647, UNITED STATES 71647-9068 |
| 5324975 | + | AJ Equity Group, LLC, 1648 61st Street, Brooklyn, NY 11204-2109 |
| 5353658 | + | Antonio-Benito, et al. (Class), c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353147 | + | Antony Arce Perez, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353145 | + | Bernabe Antonio Benito, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5324976 | | Bernabe Antonio Benito, C/O Southern Poverty Law Center, PO Box 1287, Decatur, GA 30031-1287 |
| 5353161 | + | Bernardo Alejandro Estrada Soto, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5324977 | + | Charge Up Capital, 1 Infinite Loop, Cupertino, CA 95014-2083 |
| 5353162 | + | Charly Cesar Rodriguez Bolanos, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353173 | + | David Blancas Concha, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353174 | + | Edgar Ernesto Villarreal Chavarria, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353175 | + | Eduardo Martinez Alvarez, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353177 | + | Emanuel Xotlaniua Rosete, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353178 | + | Eugenio Rivera Torres, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5375722 | + | F&T Consultants, LLC, c/o Hani W. Hashem, PO Box 739, Monticello, AR 71657-0739 |
| 5353179 | + | Fernando Evaristo Valois, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353180 | + | Fernando Perez Carbajal, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353183 | + | Fernando Rivera Barrientos, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353184 | + | Filiberto Medrano Ramos, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5338956 | + | First State Bank of Warren, 104 Main St, Warren, AR 71671-2720 |
| 5353190 | + | Gildardo Hernandez Gomez, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353191 | + | Gonzalo Castro Gonzalez, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5324979 | | HCS Lending / TVT 2.0 LLC, 8791 South Redwood Rd., Suite 200, Bonanza, UT 84008 |
| 5353192 | + | Hector Nava Farias, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353193 | + | Hector Trejo Guillen, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353194 | + | Hilario Francisco Abarca, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353268 | + | Horacio Casarrubias Ramirez, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353270 | + | Ismael Guerra Tovar, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5324980 | | Jesus Jimenez Martinez, C/O Southern Poverty Law Center, PO Box 1287, Decatur, GA 30031-1287 |
| 5353146 | + | Jesus Jimenez Martinez, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353271 | + | Jhonatan Aranda Espinoza, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353273 | + | Jorge Huante Lopez, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353275 | + | Jose Guadalupe Monreal Lopez, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353278 | + | Jose Rubio Hernandez, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353274 | + | Jose de Jesus Venzor Munoz, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353279 | + | Juan Angel Soto Hernandez, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353280 | + | Julio Gomez Ortega, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5338957 | + | Kenneth Lewis, c/o Taylor King Law, P.A, 1920 E. Matthews Ave., Jonesboro, AR 72401-4349 |
| 5353281 | + | Leonardo Figueroa Mejia, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353282 | + | Luis Carlos Paredes Saucedo, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353283 | + | Luis Enrique Nava Torres, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353284 | + | Luis Jesus Pulgarin Sanchez, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353285 | + | Marcelino Aguilar Huante, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |

1:24-bk-70535  Doc#: 88  Filed: 01/23/25  Entered: 01/23/25 23:33:55  Page 2 of 4

| District/off: 0861-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 21, 2025 | Form ID: ncont341 | Total Noticed: 66 |

| | | |
|---|---|---|
| 5353286 | + | Marcos David Ortiz Martinez, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353287 | + | Mario Sanchez Villanueva, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5324981 | | Michael C. Lowry, 2798 Hwy 8S, Hermitage, AR 71647 |
| 5353288 | + | Miguel Angel Romero Jimenez, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353289 | + | Miguel Angel Rueda Gonzalez, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353373 | + | Miguel Angel Tovar Gonzales, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353378 | + | Miguel Angel Venegas Venegas, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353379 | + | Misael Teodoro Rivas Gonzalez, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353380 | + | Octavio Saldana Feregrino, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353381 | + | Omar Gonzalez Zuniga, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353383 | + | Patricio Balderas Albarado, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353384 | + | Pedro Misael Gallegos Marquez, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353385 | + | Raymundo Sigala Cadena, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353386 | + | Reynaldo Castro Gonzalez, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353387 | + | Rito Veliz Sandoval, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353388 | + | Saul Hernandez Romero, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5324982 | + | Secure Funding Source, 495 Flatbush Ave., Brooklyn, NY 11225-3706 |
| 5353390 | + | Sergio Ramos Soto, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5324983 | | Southern Poverty Law Center, PO Box 370037, Miami, FL 33137-0037 |
| 5324985 | | Unknown Members of the Class, C/O Southern Poverty Law Center, PO Box 1287, Decatur, GA 30031-1287 |

TOTAL: 65

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5324978 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 22 2025 00:00:00 | Department of the Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | F&T Labor Consultants, LLC, 251 Ashley Rd 88, Hamburg |
| 5324984 | ## | Southern Poverty Law Center, PO Box 1287, Decatur, GA 30031-1287 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2025        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2025 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0861-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 21, 2025 | Form ID: ncont341 | Total Noticed: 66 |

| Name | Email Address |
|---|---|
| Hani W. Hashem | on behalf of Interested Party Marcos Torres Casarrubias hwh@hashemlawfirm.com glenda@hashemlawfirm.com;hwh@hashemlawfirm.com |
| Hani W. Hashem | on behalf of Interested Party F&T Labor Consultants  LLC hwh@hashemlawfirm.com, glenda@hashemlawfirm.com;hwh@hashemlawfirm.com |
| James Knoepp | on behalf of Creditor Bernabe Antonio-Benito  et al. jknoepp@gmail.com, jknoepp@recap.email |
| M. Randy Rice | on behalf of Trustee M. Randy Rice randyrice2@comcast.net office523c@comcast.net;mrr@trustesolutions.net;cmrr11@trustesolutions.net |
| M. Randy Rice | randyrice2@comcast.net  office523c@comcast.net;mrr@trustesolutions.net;office523@comcast.net;cmrr11@trustesolutions.net |
| Robert N Rushing | on behalf of Debtor Lowry Farms  Inc. rrushing@therushinglawfirm.com, krushing@therushinglawfirm.com;snoble@therushinglawfirm.com;rushingrr52175@notify.bestcase.com |
| Scott Daniel McCoy | on behalf of Creditor Bernabe Antonio-Benito  et al. scott.mccoy@splcenter.org, chris.ivey@splcenter.org |
| U.S. Trustee (ust) | USTPRegion13.LR.ECF@usdoj.gov Shari.Sherman@usdoj.gov;jill.p.eschbacher@usdoj.gov;kent.h.johnson@usdoj.gov;saronda.t.gillespie@usdoj.gov;robert.s.baber@usdoj.gov;kathryn.a.strauss@usdoj.gov |

TOTAL: 8

Form ncont341

# UNITED STATES BANKRUPTCY COURT

Western District of Arkansas

In Re:     Lowry Farms, Inc.
           Debtor

Case No.: 1:24−bk−70535
Chapter: 7
Judge: Richard D. Taylor
Trustee: M. Randy Rice
Chapter 7 Panel Trustee
124 W. Capitol, Suite 1850
Little Rock, AR 72201

## NOTICE OF CONTINUED MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the 341(a) Meeting of Creditors is set to 2/18/25, 09:30 AM at the following location:

Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 255−109−4237, and Passcode 5119507030 OR Call, 1−501−409−6485

DEBTOR(S) FAILURE TO APPEAR AT THE TIME AND PLACE SET MAY RESULT IN DISMISSAL OF THE CASE, WITHOUT FURTHER NOTICE OR HEARING BY THE COURT.

Dated: 1/21/25

Linda McCormack, Clerk