United States Bankruptcy Court
Western District of Arkansas

In re:  
Lowry Farms, Inc.  
    Debtor

Case No. 24-70535-rdt  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0861-1     User: admin     Page 1 of 2  
Date Rcvd: Jan 22, 2025     Form ID: nhrgccm     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Lowry Farms, Inc., 2848 Hwy 8S, Hermitage, AR 71647 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Hani W. Hashem | on behalf of Interested Party Marcos Torres Casarrubias hwh@hashemlawfirm.com glenda@hashemlawfirm.com;hwh@hashemlawfirm.com |
| Hani W. Hashem | on behalf of Interested Party F&T Labor Consultants LLC hwh@hashemlawfirm.com, glenda@hashemlawfirm.com;hwh@hashemlawfirm.com |
| James Knoepp | on behalf of Creditor Bernabe Antonio-Benito et al. jknoepp@gmail.com, jknoepp@recap.email |
| M. Randy Rice | on behalf of Trustee M. Randy Rice randyrice2@comcast.net office523c@comcast.net;mrr@trustesolutions.net;cmrr11@trustesolutions.net |
| M. Randy Rice | randyrice2@comcast.net office523c@comcast.net;mrr@trustesolutions.net;office523@comcast.net;cmrr11@trustesolutions.net |
| Robert N Rushing | on behalf of Debtor Lowry Farms Inc. rrushing@therushinglawfirm.com, krushing@therushinglawfirm.com;snoble@therushinglawfirm.com;rushingrr52175@notify.bestcase.com |
| Scott Daniel McCoy | |

| | | |
|---|---|---|
| District/off: 0861-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 22, 2025 | Form ID: nhrgccm | Total Noticed: 1 |

on behalf of Creditor Bernabe Antonio-Benito et al. scott.mccoy@splcenter.org, chris.ivey@splcenter.org

U.S. Trustee (ust)

USTPRegion13.LR.ECF@usdoj.gov
Shari.Sherman@usdoj.gov;jill.p.eschbacher@usdoj.gov;kent.h.johnson@usdoj.gov;saronda.t.gillespie@usdoj.gov;robert.s.baber@usdoj.gov;kathryn.a.strauss@usdoj.gov

TOTAL: 8

Form nhrgccm

# UNITED STATES BANKRUPTCY COURT

Western District of Arkansas

---

In Re:     Lowry Farms, Inc.
           Debtor

Case No.: 1:24−bk−70535
Chapter: 7
Judge: Richard D. Taylor

PLEASE TAKE NOTICE that a hearing will be held before Judge Richard D. Taylor at

U.S. Post Office and Courthouse, 101 S. Jackson Ave., 2nd Fl Courtroom, El Dorado, AR 71730

on 3/20/25 at 09:30 AM

to consider and act upon the following:

*42* − Motion to Compel or Enforce Debtor to Turnover All Assets and Records and to Compel Representative of the Debtor to Attend Creditors Meeting Filed by M. Randy Rice on behalf of M. Randy Rice (Rice, M.)

Dated: 1/22/25

                                         Linda McCormack, Clerk
                                         By:
                                         Erika Scales
                                         Deputy Clerk