**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF ARKANSAS**
**EL DORADO DIVISION**

**IN RE: LOWRY FARMS, INC**                    **CASE NO.: 24-70535**
         **DEBTOR(S)**                          **CHAPTER 7**

**CHANGE OF ADDRESS**

**FROM:**     Southern Poverty Law Center
              PO Box 370037
              Miami, FL  33137-0037

**TO:**       400 Washington Ave
              Montgomery, AL  36104

RUSHING LAW FIRM, PLLC
725 N. West Ave.
El Dorado, AR  71730
870-875-2940

By:/s/Robert N. Rushing_____
  Robert N. Rushing (2010065)