IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

Re:  Lowry Farms, Inc., Debtor                                    Case No. 1:24-bk-70535T
                                                                                               Chapter 7

### TRUSTEE'S RESPONSE TO MOTION FOR RELIEF FROM STAY

Comes M. Randy Rice, chapter 7 trustee in the above styled case (hereafter referred to as "trustee" or "the trustee"), and submits the following Response to the Motion for Relief From Stay filed on behalf of Kenneth Lewis, Kyra Lewis and Ka'Breona Lewis (hereafter referred to as "Movants"). The trustee alleges and states as follows:

1. The Debtor filed a voluntary chapter 7 petition under Title 11 in the United States Bankruptcy Code on April 1, 2024. M. Randy Rice is the duly appointed trustee of the above listed debtor's bankruptcy estate.

2. Movants do not seek to obtain relief from stay against any asset of the estate that has been collected by or is being pursued by the trustee on behalf of the debtor. Further, the estate will not incur any expense if the movants are allowed to pursue collection of the claims against the debtor's insurance carrier. Thus, the trustee states that he has no objection to Movants' being granted relief from stay.

DATE          October 25, 2025

                                                    Respectfully Submitted:
                                                    M. Randy Rice, Trustee

                              By:     /s/ M. Randy Rice, Attorney
                                        124 W. Capitol, # 1850
                                        Little Rock, AR 72201
                                        randyrice2@comcast.net
                                        (501) 374-1019

## CERTIFICATE OF ELECTRONIC NOTIFICATION

I, M. Randy Rice, hereby certify that on today's date, I electronically filed the foregoing Response with the Clerk of the Bankruptcy Court using the CM\ECF system, which will send notification of the filing to all parties that have requested filing, including the following parties:

| | |
|---|---|
| Hani W. Hashem, Attorney | hwh@hashemlawfirm.com |
| Robert N. Rushing, Attorney | rrushing@therushinglawfirm.com |
| James M. Knoepp, Attorney | jim.knoepp@splcenter.org |
| Russell Marlin, Attorney | russellmarlin@taylorkinglaw.com |

DATE   October 25, 2025

/s/ M. Randy Rice, Attorney