United States Bankruptcy Court

Western District of Arkansas

In re:     Case No. 24-70535-rdt

Lowry Farms, Inc.     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0861-1     User: admin     Page 1 of 3
Date Rcvd: Oct 27, 2025     Form ID: onoppobj     Total Noticed: 68

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Lowry Farms, Inc., 2848 Hwy 8S, Hermitage, AR 71647 |
| cr | + | Bernabe Antonio-Benito, et al., Southern Poverty Law Center, 150 E. Ponce de Leon Ave., Suite 340, Decatur, GA 30030-2553 |
| cr | + | Kenneth Wayne Lewis, 400 S 5th Street, McGehee, AR 71654-2418 |
| intp | + | Marcos Torres Casarrubias, 3516 Highway 160 East, Hermitage, AR 71647, UNITED STATES 71647-9068 |
| 5324975 | + | AJ Equity Group, LLC, 1648 61st Street, Brooklyn, NY 11204-2109 |
| 5353658 | + | Antonio-Benito, et al. (Class), c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353147 | + | Antony Arce Perez, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353145 | + | Bernabe Antonio Benito, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5324976 | | Bernabe Antonio Benito, C/O Southern Poverty Law Center, PO Box 1287, Decatur, GA 30031-1287 |
| 5353161 | + | Bernardo Alejandro Estrada Soto, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5324977 | + | Charge Up Capital, 1 Infinite Loop, Cupertino, CA 95014-2083 |
| 5353162 | + | Charly Cesar Rodriguez Bolanos, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353173 | + | David Blancas Concha, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353174 | + | Edgar Ernesto Villarreal Chavarria, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353175 | + | Eduardo Martinez Alvarez, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353177 | + | Emanuel Xotlaniua Rosete, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353178 | + | Eugenio Rivera Torres, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5375722 | + | F&T Consultants, LLC, c/o Hani W. Hashem, PO Box 739, Monticello, AR 71657-0739 |
| 5353179 | + | Fernando Evaristo Valois, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353180 | + | Fernando Perez Carbajal, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353183 | + | Fernando Rivera Barrientos, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353184 | + | Filiberto Medrano Ramos, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5338956 | + | First State Bank of Warren, 104 Main St, Warren, AR 71671-2720 |
| 5353190 | + | Gildardo Hernandez Gomez, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353191 | + | Gonzalo Castro Gonzalez, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5324979 | | HCS Lending / TVT 2.0 LLC, 8791 South Redwood Rd., Suite 200, Bonanza, UT 84008 |
| 5353192 | + | Hector Nava Farias, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353193 | + | Hector Trejo Guillen, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353194 | + | Hilario Francisco Abarca, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353268 | + | Horacio Casarrubias Ramirez, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353270 | + | Ismael Guerra Tovar, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5324980 | | Jesus Jimenez Martinez, C/O Southern Poverty Law Center, PO Box 1287, Decatur, GA 30031-1287 |
| 5353146 | + | Jesus Jimenez Martinez, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353271 | + | Jhonatan Aranda Espinoza, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353273 | + | Jorge Huante Lopez, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353275 | + | Jose Guadalupe Monreal Lopez, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353278 | + | Jose Rubio Hernandez, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353274 | + | Jose de Jesus Venzor Munoz, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353279 | + | Juan Angel Soto Hernandez, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353280 | + | Julio Gomez Ortega, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5338957 | + | Kenneth Lewis, c/o Taylor King Law, P.A, 1920 E. Matthews Ave., Jonesboro, AR 72401-4349 |
| 5353281 | + | Leonardo Figueroa Mejia, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353282 | + | Luis Carlos Paredes Saucedo, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353283 | + | Luis Enrique Nava Torres, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353284 | + | Luis Jesus Pulgarin Sanchez, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |

| District/off: 0861-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 27, 2025 | Form ID: onoppobj | Total Noticed: 68 |

| | | |
|---|---|---|
| 5353285 | + | Marcelino Aguilar Huante, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353286 | + | Marcos David Ortiz Martinez, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353287 | + | Mario Sanchez Villanueva, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5324981 | | Michael C. Lowry, 2798 Hwy 8S, Hermitage, AR 71647 |
| 5353288 | + | Miguel Angel Romero Jimenez, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353289 | + | Miguel Angel Rueda Gonzalez, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353373 | + | Miguel Angel Tovar Gonzales, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353378 | + | Miguel Angel Venegas Venegas, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353379 | + | Misael Teodoro Rivas Gonzalez, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353380 | + | Octavio Saldana Feregrino, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353381 | + | Omar Gonzalez Zuniga, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353383 | + | Patricio Balderas Albarado, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353384 | + | Pedro Misael Gallegos Marquez, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353385 | + | Raymundo Sigala Cadena, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5389220 | + | Recovery of Judgment, 1407 Broadway, Fl 29, New York, NY 10018-2497 |
| 5353386 | + | Reynaldo Castro Gonzalez, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353387 | + | Rito Veliz Sandoval, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5353388 | + | Saul Hernandez Romero, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5324982 | + | Secure Funding Source, 495 Flatbush Ave., Brooklyn, NY 11225-3706 |
| 5353390 | + | Sergio Ramos Soto, c/o Southern Poverty Law Center, 2 S. Biscayne Blvd., Suite 3750, Miami, FL 33131-1804 |
| 5324983 | + | Southern Poverty Law Center, 400 Washington Ave, Montgomery, AL 36104-4344 |
| 5324985 | | Unknown Members of the Class, C/O Southern Poverty Law Center, PO Box 1287, Decatur, GA 30031-1287 |

TOTAL: 67

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5324978 | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 27 2025 22:14:00 | Department of the Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | F&T Labor Consultants, LLC, 251 Ashley Rd 88, Hamburg |
| 5324984 | ## | Southern Poverty Law Center, PO Box 1287, Decatur, GA 30031-1287 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2025                     Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0861-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 27, 2025 | Form ID: onoppobj | Total Noticed: 68 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Hani W. Hashem | on behalf of Defendant Kimberly Renee Ferrell hwh@hashemlawfirm.com glenda@hashemlawfirm.com;hwh@hashemlawfirm.com |
| Hani W. Hashem | on behalf of Interested Party Marcos Torres Casarrubias hwh@hashemlawfirm.com glenda@hashemlawfirm.com;hwh@hashemlawfirm.com |
| Hani W. Hashem | on behalf of Defendant KRF Consultant  Inc. hwh@hashemlawfirm.com, glenda@hashemlawfirm.com;hwh@hashemlawfirm.com |
| Hani W. Hashem | on behalf of Defendant F & T Labor Consultants  LLC hwh@hashemlawfirm.com, glenda@hashemlawfirm.com;hwh@hashemlawfirm.com |
| Hani W. Hashem | on behalf of Interested Party F&T Labor Consultants  LLC hwh@hashemlawfirm.com, glenda@hashemlawfirm.com;hwh@hashemlawfirm.com |
| Hani W. Hashem | on behalf of Defendant Marcos Torres hwh@hashemlawfirm.com glenda@hashemlawfirm.com;hwh@hashemlawfirm.com |
| James Knoepp | on behalf of Plaintiff M. Randy Rice jknoepp@gmail.com  jknoepp@recap.email |
| James Knoepp | on behalf of Creditor Bernabe Antonio-Benito  et al. jknoepp@gmail.com, jknoepp@recap.email |
| M. Randy Rice | on behalf of Trustee M. Randy Rice randyrice2@comcast.net office523c@comcast.net;mrr@trustesolutions.net;cmrr11@trustesolutions.net |
| M. Randy Rice | randyrice2@comcast.net  office523@comcast.net;mrr@trustesolutions.net;office523@comcast.net;cmrr11@trustesolutions.net |
| Robert N Rushing | on behalf of Debtor Lowry Farms  Inc. rrushing@therushinglawfirm.com, krushing@therushinglawfirm.com;snoble@therushinglawfirm.com;rushingrr52175@notify.bestcase.com |
| Russell D. Marlin | on behalf of Creditor Kenneth Wayne Lewis russellmarlin@taylorkinglaw.com  beccaward@taylorkinglaw.com |
| Scott Daniel McCoy | on behalf of Creditor Bernabe Antonio-Benito  et al. scott.mccoy@splcenter.org, chris.ivey@splcenter.org |
| U.S. Trustee (ust) | USTPRegion13.LR.ECF@usdoj.gov  kent.h.johnson@usdoj.gov |

TOTAL: 14

Form onoppobj

**UNITED STATES BANKRUPTCY COURT**
Western District of Arkansas

| | |
|---|---|
| In Re: Lowry Farms, Inc.<br>Debtor | Case No.: 1:24-bk-70535<br>Chapter: 7<br>Judge: Richard D. Taylor |
| Kenneth Wayne Lewis<br>vs.<br>Lowry Farms, Inc.<br>and M. Randy Rice, Trustee | MOVANT<br><br>RESPONDENTS |

ORDER ON AND NOTICE OF OPPORTUNITY TO OBJECT TO
MOTION FOR RELIEF FROM STAY AND/OR FOR ABANDONMENT

YOU ARE HEREBY NOTIFIED that a Motion for Relief from Stay pursuant to 11 U.S.C. §362(d) and/or for Abandonment pursuant to 11 U.S.C. §554 was filed by Movant on 10/24/2025.

*102 –* Amended Motion for Relief from Stay . RE: related document(s) 100 Filed by Russell D. Marlin on behalf of Kenneth Wayne Lewis RE: related document(s) 100 (Marlin, Russell)

YOU ARE FURTHER NOTIFIED THAT you have twenty-one (21) days from the date of this Notice to file a written response. If a response is filed, a hearing will be held as follows:

1/15/26 at 09:30 AM at:

U.S. Post Office and Courthouse, 101 S. Jackson Ave., 2nd Fl Courtroom, El Dorado, AR 71730

**FAILURE TO FILE A RESPONSE TO THIS MOTION FOR RELIEF FROM STAY AND/OR FOR ABANDONMENT SHALL BE DEEMED A STATEMENT OF NO OPPOSITION TO THE MOTION AND A WAIVER OF THE RIGHT TO A HEARING UNDER 11 U.S.C. §362(d) AND §554, AND THE COURT MAY ENTER, WITHOUT FURTHER NOTICE, AN ORDER GRANTING THE MOTION.**

If no objection or response is filed, counsel for the moving party shall submit the precedent granting the motion forthwith.

It is hereby ORDERED that, if and to the extent the automatic stay is in force, it shall remain in force pursuant to 11 U.S.C. §362(e)(1) and (2) pending disposition of the Motion for Relief from Stay.

**IT IS SO ORDERED**

Dated: 10/27/25

*/s/ Richard D. Taylor*

UNITED STATES BANKRUPTCY JUDGE