United States Bankruptcy Court
Western District of Arkansas

| | |
|---|---|
| In re: | Case No. 24-70535-rdt |
| Lowry Farms, Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0861-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 24, 2025 | Form ID: pdf01Ac | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Lowry Farms, Inc., 2848 Hwy 8S, Hermitage, AR 71647 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2025          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Hani W. Hashem | on behalf of Interested Party F&T Labor Consultants LLC hwh@hashemlawfirm.com, glenda@hashemlawfirm.com;hwh@hashemlawfirm.com |
| Hani W. Hashem | on behalf of Defendant Marcos Torres hwh@hashemlawfirm.com glenda@hashemlawfirm.com;hwh@hashemlawfirm.com |
| Hani W. Hashem | on behalf of Defendant Kimberly Renee Ferrell hwh@hashemlawfirm.com glenda@hashemlawfirm.com;hwh@hashemlawfirm.com |
| Hani W. Hashem | on behalf of Interested Party Marcos Torres Casarrubias hwh@hashemlawfirm.com glenda@hashemlawfirm.com;hwh@hashemlawfirm.com |
| Hani W. Hashem | on behalf of Defendant KRF Consultant Inc. hwh@hashemlawfirm.com, glenda@hashemlawfirm.com;hwh@hashemlawfirm.com |
| Hani W. Hashem | on behalf of Defendant F & T Labor Consultants LLC hwh@hashemlawfirm.com, glenda@hashemlawfirm.com;hwh@hashemlawfirm.com |

| | | |
|---|---|---|
| District/off: 0861-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 24, 2025 | Form ID: pdf01Ac | Total Noticed: 1 |

James Knoepp
    on behalf of Plaintiff M. Randy Rice jknoepp@gmail.com jknoepp@recap.email

James Knoepp
    on behalf of Creditor Bernabe Antonio-Benito et al. jknoepp@gmail.com, jknoepp@recap.email

M. Randy Rice
    randyrice2@comcast.net office523@comcast.net;mrr@trustesolutions.net;office523@comcast.net;cmrr11@trustesolutions.net

M. Randy Rice
    on behalf of Trustee M. Randy Rice randyrice2@comcast.net
    office523c@comcast.net;mrr@trustesolutions.net;cmrr11@trustesolutions.net

Robert N Rushing
    on behalf of Debtor Lowry Farms Inc. rrushing@therushinglawfirm.com,
    krushing@therushinglawfirm.com;snoble@therushinglawfirm.com;rushingrr52175@notify.bestcase.com

Russell D. Marlin
    on behalf of Creditor Kenneth Wayne Lewis russellmarlin@taylorkinglaw.com beccaward@taylorkinglaw.com

Scott Daniel McCoy
    on behalf of Creditor Bernabe Antonio-Benito et al. scott.mccoy@splcenter.org, chris.ivey@splcenter.org

U.S. Trustee (ust)
    USTPRegion13.LR.ECF@usdoj.gov kent.h.johnson@usdoj.gov

TOTAL: 14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

_____

In re:　LOWRY FARMS, INC.　　　　　　　　　Case No. 1:24-bk-70535
　　　　Debtor　　　　　　　　　　　　　　　Chapter 7

_____

**ORDER GRANTING CREDITORS KENNETH LEWIS, KYRA LEWIS AND KA'BREONA LEWIS' MOTION TO LIFT AUTOMATIC STAY TO PROCEED WITH MOTOR VEHICLE NEGLIGENCE CASE IN STATE COURT**

_____

On this day, the creditors, Kenneth Lewis, Individually and as Parent and Next Friend of Kyra Lewis and Ka'Breona Lewis, minors' Motion to Lift Automatic Stay to Proceed with Motor Vehicle Negligence Case in State Court came on for consideration. The court finds that:

1. Kenneth Lewis, Individually and as Parent and Next Friend of Kyra Lewis and Ka'Breona Lewis, minors, are allowed to pursue their negligence claim for cause shown pursuant to 11 U.S.C. 362 (d)(1);

2. This motion is proper because Kenneth Lewis, Individually and as Parent and Next Friend of Kyra Lewis and Ka'Breona Lewis, minors, seek to pursue their injury claim against the Debtor to recover damages for personal injuries only to the extent that an insurance company would be financially responsible for paying any judgement and not any of the debtor's bankruptcy assets;

3. The Debtor will not suffer financially from defending the personal injury action;

4. The Debtor's insurance carrier has assumed financial responsibility for the cost of the Debtor's defense in the personal injury litigation as exemplified by the hiring of defense counsel, and their continued representation of the Debtor throughout the litigation process;

5. Pursuant to 28 U.S.C. 1411 and 157(b)(5), Kenneth Lewis, Individually and as Parent and Next Friend of and Kyra Lewis and Ka'Breona Lewis, minors request trial for their personal injury claim because the lawsuit was not settled, tried or otherwise fixed prior to the Notice filed of Debtor's bankruptcy filing;

6. Proceeding with this negligence action will not adversely affect the administration of Debtor's Chapter 7 case, nor would any creditors' interests be impaired; and

7. Kenneth Lewis, Individually and as Parent and Next Friend of Kyra Lewis and Ka'Breona Lewis, minors' Motion to Lift Automatic Stay to Proceed with Motor Vehicle Negligence Case should be and hereby is approved.

Wherefore, premises considered, the Automatic Stay is lifted pursuant to 11 U.S.C. 362 (d)(1), so that Kenneth Lewis, Kyra Lewis, and Ka'Breona Lewis may proceed with the negligence action in state court.

**IT IS SO ORDERED.**

_____
Honorable Richard D. Taylor
Date: November 24, 2025

Prepared by:

/s/Russell Marlin_____
Russell Marlin, Bar No. 2000107
Taylor King & Associates, P.A.
320 Main Street – PO Box 972
Arkadelphia, AR 71923
Ph: (870) 246-0505
Fx: (870) 246-0833
russellmarlin@taylorkinglaw.com

Approved by:

/s/ M. Randy Rice_____
M. Randy Rice
Chapter 7 Trustee
124 W Capitol, Suite 1850
Little Rock, AR 72201
Telephone: (501) 374-1019
Email: randyrice2@comcast.net