**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF ARKANSAS – EL DORADO DIVISION**

IN RE: LOWRY FARMS, INC.     Case No: 1:24-bk-70535 T/R
DEBTOR              Chapter 7

**AMENDED NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

  Comes Now Lyndsey D. Dilks of DILKS LAW FIRM, pursuant to Rules 9010(b) and 2002 of the Federal Rules of Bankruptcy Procedure, and enters her appearance as counsel for **Justin Zachary, as Special Administrator of the Estate of Cesar Figueroa-Gutierrez**, a Creditor and interested party in this bankruptcy proceeding, and further requests the Clerk of the Court, counsel for the Debtor, and any other party in this case, to provide the undersigned with copies of all pleadings, orders and notices concerning this case.

  Please take further notice that pursuant to the United States Bankruptcy Code, Title 11, the foregoing request includes not only the notices and papers referred to in the Rule specified above, but additionally includes, without limitation, notice or any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether transmitted or conveyed by mail, delivery, telephone, telecopy or otherwise.

          **Respectfully submitted,**


          **/s/ Lyndsey D. Dilks**
          **LYNDSEY D. DILKS, Bar #2007-076**
          **DILKS LAW FIRM**
          **P O Box 34157**
          **Little Rock, AR 72203**
          **(501)244-9770 phone**
          **(888)689-7626 fax**
          **ldilks@dilkslawfirm.com**


**CERTIFICATE OF SERVICE**

  I, the undersigned attorney, do hereby certify that on March 30, 2026, a copy of the foregoing pleading was mailed to the following by first class mail with sufficient postage or that it was noticed electronically via the Court's electronic noticing service ("**ECF**"):

  Robert N. Rushing, Debtor's Attorney – by ECF
  M. Randy Rice, Chapter 7 Trustee – by ECF
  US Trustee – by ECF
  All others receiving notice via ECF

          **/s/ Lyndsey D. Dilks**
          **LYNDSEY D. DILKS, Bar #2007-076**