**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF ARKANSAS – EL DORADO DIVISION**

IN RE: LOWRY FARMS, INC.                    Case No: 1:24-bk-70535 T/R
DEBTOR                                                          Chapter 7

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

COMES NOW Justin Zachary, as Special Administrator of the Estate of Cesar Figueroa-Gutierrez, Deceased, and Justin Zachary, as Special Administrator of the Estate of Juan Manuel-Medina (collectively "**Movants**"), who appears by and through his attorney Lyndsey D. Dilks of DILKS LAW FIRM, and for his Motion for Relief from the Automatic Stay ("**Motion for Relief**") state as follows:

1.      This Court has jurisdiction of this matter pursuant to 28 U.S.C. §§ 1334 and 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1409 and 1409. Relief is sought pursuant to 11 U.S.C. § 362(d) of the United States Bankruptcy Code. This Court has the power to enter and authority to enter a final judgment on this matter.

2.      The Debtor Lowry Farms, Inc. filed for relief under the provisions of Chapter 7 of the United States Bankruptcy Code 11 U.S.C. § 101 et al. on April 1, 2024.

1.      Cause exists to grant Movants relief from the automatic stay to proceed with the prosecution of a civil suit and to determine the sums due the Movants as reflected in the state court civil case titled *Justin Zachary, as Special Administrator of the Estate of Cesar Figueroa-Gutierrez, Deceased; Justin Zachary, as Special Administrator of the Estate of Juan Manuel-Medina v. Lowry Farms, Inc.*, Bradley County, Arkansas, Circuit Court Case No. 06CV-22-61 ("**the State Court Case**"), which has been consolidated with the case of *Kenneth Lewis, et al v. Fidel Martinez-Valois, et al*, Bradley County, Arkansas, Circuit Court Case No. 06CV-21-29, pursuant to an *Order of Consolidation* entered in the State Court Case on November 9, 2023.

3.      Movants do not waive the hearing requirement of Rule 4001 of the Federal Rules of Bankruptcy Procedure and request a hearing on this matter as Debtor's liabilities must be determined through the Civil Case.

4.      Movants consent to the continuation of the automatic stay until a hearing is held on the merits of this motion and but do not waive their right to a hearing within thirty (30) days of the date of this motion as provided by 11 U.S.C. § 362(e)(1).

5.      Movants request that any order granting relief from the automatic stay indicate that the fourteen (14) day stay imposed by Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is not applicable.

6.      Filed concurrently with this Motion for Relief and incorporated herein as if set forth word for word is a *Brief in Support of Motion for Relief from the Automatic Stay*.

WHEREFORE Justin Zachary, as Special Administrator of the Estate of Cesar Figueroa-Gutierrez, Deceased, and Justin Zachary, as Special Administrator of the Estate of Juan Manuel-Medina, pray the Court FIND and ORDER as follows: (1) that cause exists to lift the automatic stay of 11 U.S.C. §362 to allow Movants to proceed in the State Court Case to determine Debtor's liabilities as to all matters; (2) to determine the amount that is due and owing by the Debtor for damages in the State Court Case; (3) that the fourteen (14) day stay imposed by Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is not applicable;  and (5) for all other just and equitable relief to which Movant may be entitled.

Respectfully submitted,


**/s/ Lyndsey D. Dilks**
**LYNDSEY D. DILKS, Bar #2007-076**
**DILKS LAW FIRM**
**P.O. Box 34157**
**Little Rock, AR 72203**
**(501)244-9770 phone**
**(888)689-7626 fax**
**ldilks@dilkslawfirm.com**


## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that on <u>March 30, 2026,</u> a copy of the foregoing pleading was mailed to the following by first class mail with sufficient postage or that it was noticed electronically via the Court's electronic noticing service ("**ECF**"):

Robert N. Rushing, Debtor's Attorney – by ECF
M. Randy Rice, Chapter 7 Trustee – by ECF
US Trustee – by ECF
All others receiving notice via ECF

Lowry Farms, Inc.
2848 HWY 8S
Hermitage, AR 71647
*Via first class mail*


**/s/ Lyndsey D. Dilks**
**LYNDSEY D. DILKS, Bar #2007-076**