United States Bankruptcy Court

Western District of Arkansas

In re:                                                                      Case No. 24-70535-rdt

Lowry Farms, Inc.                                                           Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0861-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 05, 2026 | Form ID: pdf01Ac | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Lowry Farms, Inc., 2848 Hwy 8S, Hermitage, AR 71647 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Hani W. Hashem | on behalf of Defendant KRF Consultant  Inc. hwh@hashemlawfirm.com, glenda@hashemlawfirm.com;hwh@hashemlawfirm.com |
| Hani W. Hashem | on behalf of Defendant F & T Labor Consultants  LLC hwh@hashemlawfirm.com, glenda@hashemlawfirm.com;hwh@hashemlawfirm.com |
| Hani W. Hashem | on behalf of Defendant Marcos Torres hwh@hashemlawfirm.com  glenda@hashemlawfirm.com;hwh@hashemlawfirm.com |
| Hani W. Hashem | on behalf of Defendant Kimberly Renee Ferrell hwh@hashemlawfirm.com glenda@hashemlawfirm.com;hwh@hashemlawfirm.com |
| Hani W. Hashem | on behalf of Interested Party F&T Labor Consultants  LLC hwh@hashemlawfirm.com, glenda@hashemlawfirm.com;hwh@hashemlawfirm.com |
| Hani W. Hashem | on behalf of Interested Party Marcos Torres Casarrubias hwh@hashemlawfirm.com glenda@hashemlawfirm.com;hwh@hashemlawfirm.com |
| James Knoepp | |

District/off: 0861-1                        User: admin                              Page 2 of 2
Date Rcvd: May 05, 2026                    Form ID: pdf01Ac                          Total Noticed: 1

      on behalf of Plaintiff M. Randy Rice jknoepp@gmail.com jknoepp@recap.email

James Knoepp
      on behalf of Creditor Bernabe Antonio-Benito et al. jknoepp@gmail.com, jknoepp@recap.email

Lyndsey D. Dilks
      on behalf of Creditor Estate of Juan Manuel-Medina ldilks@dilkslawfirm.com dilkslawfirm@jubileebk.net

Lyndsey D. Dilks
      on behalf of Creditor Juan Manuel-Medina ldilks@dilkslawfirm.com dilkslawfirm@jubileebk.net

Lyndsey D. Dilks
      on behalf of Creditor Cesar Figueroa-Gutierrez ldilks@dilkslawfirm.com dilkslawfirm@jubileebk.net

Lyndsey D. Dilks
      on behalf of Creditor Estate of Cesar Figueroa-Gutierrez ldilks@dilkslawfirm.com dilkslawfirm@jubileebk.net

M. Randy Rice
      randyrice2@comcast.net office523@comcast.net;mrr@trustesolutions.net;office523@comcast.net;cmrr11@trustesolutions.net

M. Randy Rice
      on behalf of Trustee M. Randy Rice randyrice2@comcast.net
      office523c@comcast.net;mrr@trustesolutions.net;cmrr11@trustesolutions.net

Robert N Rushing
      on behalf of Debtor Lowry Farms Inc. rrushing@therushinglawfirm.com,
      krushing@therushinglawfirm.com;snoble@therushinglawfirm.com;rushingrr52175@notify.bestcase.com

Russell D. Marlin
      on behalf of Creditor Kenneth Wayne Lewis russellmarlin@taylorkinglaw.com beccaward@taylorkinglaw.com

Scott Daniel McCoy
      on behalf of Creditor Bernabe Antonio-Benito et al. scott.mccoy@splcenter.org, chris.ivey@splcenter.org

U.S. Trustee (ust)
      USTPRegion13.LR.ECF@usdoj.gov kent.h.johnson@usdoj.gov


TOTAL: 18

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF ARKANSAS – EL DORADO DIVISION**

IN RE: LOWRY FARMS, INC.                              Case No: 1:24-bk-70535 T/R
DEBTOR                                                                  Chapter 7

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

BEFORE THE COURT is the *Motion for Relief from the Automatic Stay* (docket #115) ("**Motion for Relief**") filed on behalf of Justin Zachary, as Special Administrator of the Estate of Cesar Figueroa-Gutierrez, Deceased, and Justin Zachary, as Special Administrator of the Estate of Juan Manuel-Medina (collectively "**Movants**"), by his attorney, Lyndsey D. Dilks of DILKS LAW FIRM.  The Movants having filed this Motion for Relief on March 30, 2026, and there having been no responses or objections filed, and the Court being sufficiently advised as to the facts and law does hereby FIND and ORDER as follows:

1.      The Debtor filed for relief under the provision of Chapter 7 of the United States Bankruptcy Code on April 1, 2024.

2.      Prior to the filing of the bankruptcy case, Movants commenced a civil action to pursue the state law causes of actions related to a motor vehicle collision that occurred on April 17, 2020, in Bradley County, Arkansas, and that resulted in the untimely passing of Cesar Figueroa-Gutierrez and Juan Manuel-Medina. The case is titled *Justin Zachary, as Special Administrator of the Estate of Cesar Figueroa-Gutierrez, Deceased; Justin Zachary, as Special Administrator of the Estate of Juan Manuel-Medina v. Lowry Farms, Inc. et al*, Bradley County, Arkansas, Circuit Court Case No. 06CV-22-61 ("**the State Court Case**"), which has been consolidated with the case of *Kenneth Lewis, et al v. Fidel Martinez-Valois, et al*, Bradley County, Arkansas, Circuit Court Case No. 06CV-21-29, pursuant to an *Order of Consolidation* entered in the State Court Case on November 9, 2023.

3.      Upon the filing of the bankruptcy case, the State Court Case was stayed "pending resolution of the bankruptcy proceedings initiated by Defendant Lowry Farms, Inc."

4.      Cause exists to grant Movants relief from the automatic stay.  Therefore, Movants are granted relief from the automatic stay to return to state court and pursue their state law claims in the State Court Case against the Debtor to the point of liquidating their claims to a judgment. Movants are further granted relief to pursue collection of the judgment amount from any applicable insurance policy.

EOD: May 5, 2026

5.      The automatic stay remains in full force and effect as to all other matters and as to any and all other creditors not otherwise having been granted relief from stay by this Court.

6.      The fourteen (14) day stay imposed by Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure shall not be applicable and the Movants may proceed immediately from the date of entry of this order on the docket to pursue their state law claims, subject only to the limitations set forth above.

**IT IS SO ORDERED.**

_____
**HONORABLE RICHARD TAYLOR**
**UNITED STATES BANKRUPTCY JUDGE**
Date: May 5, 2026

*Prepared and approved by:*


Lyndsey D. Dilks, Bar #2007-076
DILKS LAW FIRM
P.O. Box 34157
Little Rock, AR 72203
(501)244-9770 phone
(888)689-7626 fax
ldilks@dilkslawfirm.com
*Attorney for Movants*



*Approved by:*


/s/ M. Randy Rice
M. Randy Rice, Chapter 7 Trustee
124 W. Capitol, Suite 1850
Little Rock, AR 72201
(501)374-1019 phone
Randyrice2@comcast.net
*Attorney for Chapter 7 Trustee*


Date:  approved by email April 21, 2026